**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Marino Antonio MURALLES–OLIVA,**
**Defendant—Appellant.**

**No. 09–10158.**

United States Court of Appeals,
Ninth Circuit.

Submitted April 5, 2010.*

Filed April 15, 2010.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Pamela Martin, Assistant U.S., Robert Lawrence Ellman, Esquire, Assistant U.S., USLV–Office of the U.S. Attorney, Las Vegas, NV, for Plaintiff–Appellee.

Mary Beth Gardner, Reno, NV, for Defendant–Appellant.

Before: RYMER, McKEOWN, and PAEZ, Circuit Judges.

MEMORANDUM **

Marino Antonio Muralles–Oliva appeals from his guilty-plea conviction and 100–month sentence for conspiracy to distribute methamphetamine and marijuana, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B), and (b)(1)(D). Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Muralles–Oliva's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. The appellant has filed a pro se supplemental brief, but the government has not filed an answering brief.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**